Young Bin Yim, CA State Bar No. 232340
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE BALTODANO,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | 8:21-CV-00593-JHW-PVC<br><br>**ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, it is hereby **ORDERED** that Plaintiff shall be awarded attorney fees under the EAJA in the amount of NINE THOUSAND FIVE HUNDRED SIX DOLLARS AND FIFTY-ONE CENTS ($9,506.51), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED TWO DOLLARS ($402.00), subject to the terms of the above-referenced Stipulation.

**IT IS SO ORDERED.**

Dated: March 28, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE